In the Matter of SIDNEY SINGER et al. v. JOSEPH SCHECHTER, as Chairman.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

In the Matter of HELENE ERICKSON v. DAVID SUPPLE et al.— Motion to dismiss petition granted and the proceeding dismissed, without costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. WILL BOWEN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCISCO CRUZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. THERESA D. GREENE. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ISAIAH RAMBERT. (E) THE PEOPLE OF THE STATE OF NEW YORK v. LEE THOMAS YOUNG.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

## (July 12, 1962)

THE PEOPLE OF THE STATE OF NEW YORK v. FREDERICK MICHELSON.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

## (July 20, 1962)

(A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HARRIS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JACOB N. PETTIGREW. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT S. CORNISH. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD GOLSTON. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH DOMINGUEZ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. LILLIAN BARCLIFT. (G) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER C. SWIFT, JR. (H) THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL H. SATTERFIELD. (I) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ROSS. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ. [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. TIMOTHY HARRISON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST PAGE.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Rabin, Valente, Stevens and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MURRAY BARTON.— Motion to dismiss granted unless appellant files his points on or before September 11, 1962, with notice of argument for October 9, 1962, said appeal to be argued or submitted when reached. Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.